FILED - USDC - FLMD - JAX
NOV 4 2026 PM12:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:26-cr-260-JEP-EL
18 U.S.C. § 1591
18 U.S.C. § 2251

GREGORY GENE KELLY
SINCLAIR ASBELL

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Sex Trafficking of a Minor)

From on or about January 1, 2026, through on or about January 27, 2026, in the Middle District of Florida, the defendant,

GREGORY GENE KELLY,

in and affecting interstate commerce, knowingly recruited, enticed, harbored, provided, obtained, maintained, patronized, and solicited by any means, a minor, Minor Victim 1, and benefitted financially and by receiving anything of value from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means would be used to cause Minor Victim 1 to engage in a commercial sex act, and knowing and in reckless disregard of the fact, and having reasonable opportunity to observe Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of 18 U.S.C. § 1591(a)(1), (a)(2), (b)(1), (b)(2), (c) and (e).

**COUNT TWO**
**(Sex Trafficking of a Minor)**

From on or about January 1, 2026, through on or about January 27, 2026, in the Middle District of Florida, the defendant,

SINCLAIR ASBELL,

in and affecting interstate commerce, knowingly enticed, provided, obtained, maintained, patronized, and solicited by any means Minor Victim 1, knowing and in reckless disregard of the fact, and having reasonable opportunity to observe Minor Victim 1, that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of 18 U.S.C. § 1591(a)(1) and (b)(2), and (c).

**COUNT THREE**
**(Production of Child Pornography)**

From on or about January 1, 2026, through on or about January 27, 2026, in the Middle District of Florida, and elsewhere, the defendant,

GREGORY GENE KELLY,

did knowingly and willfully employ, use, persuade, induce, entice, and coerce a person whom the defendant knew was a minor, Minor Victim 1, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means.

All in violation of 18 U.S.C. § 2251(a) and (e).

**FORFEITURE**

1. The allegations contained in Counts One through Count Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 1594 and 2253.

2. Upon conviction of a violation of 18 U.S.C. § 1591, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. Upon conviction of a violation of 18 U.S.C. § 2251(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4. The property to be forfeited includes, but is not limited to, the following: a blue Cricket Android phone.

5. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
JOHN CANNIZZARO
Assistant United States Attorney

By: ______________________
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
11/4/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GREGORY GENE KELLY
SINCLAIR ASBELL

# INDICTMENT

| | | |
|---|---|---|
| Violations: | CT 1: | 18 U.S.C. § 1591(a)(1) and (a)(2), and (b)(1) |
| | CT 2: | 18 U.S.C. § 1591(a)(1), and (b)(2) |
| | CT 3: | 18 U.S.C. § 2251(a) and (e) |

A true bill,

Foreperson

Filed in open court this 4 day

of November, 2026.

Clerk

Bail $________________